■ CONSOLIDATED ASSETS CORP. v. ADELE SPEARE et al.— Motion for an order transferring appeal granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of JOANNE P. WALSH v. CHASE MANHATTAN BANK et al. — Motion for an order directing respondents to pay the expenses of appeal taken by petitioner-appellant denied, with $10 costs. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 7, 1963, with notice of argument for March 19, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERMANNO IMPERIA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DONALD MARINO.— Motion to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court entered herein. The order of this court entered on December 20, 1962 is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ NEW YORK UNDERWRITERS INSURANCE COMPANY et al. v. TRIRUE REALTY CORP. et al.— Motion for a stay denied with leave to renew upon a proper affidavit of merits and a reasonable explanation for the delay in perfecting the appeal. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WALKER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. The order of this court entered on May 15, 1962 is vacated. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID PEAL.— Order of this court entered on April 17, 1962 is amended by striking the designation of George J. Todaro, Esq., as counsel to prosecute the appeal taken by defendant from the order of the Court of General Sessions, New York County, entered on January 12, 1960 and by substituting therefor Richard Bennett Cooper, Esq., of 30 Rockefeller Plaza, New York, N. Y. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ LORAINE P. LIEBMANN v. HERMAN LIEBMANN.— Motion granted to the extent of amending the memorandum decision of this court filed on December 4, 1962 by substituting in place of the third sentence in the memorandum decision the following: "Plaintiff obtained a judgment of separation on April 11, 1957 which provides for the payment of a substantial sum annually for the support of plaintiff and the child." The order of this court entered on December 4, 1962 is amended so as provide that the reversal be, without costs to either party. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

## (January 28, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HOGAN.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 5, 1963 with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.